UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                         :

IN RE:                                                       :

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L    :
TAPER HIP PROSTHESIS WITH KENCTIV          :          18-MD-2859 (JMF)
TECHNOLOGY AND VERSYS FEMORAL HEAD   :          18-CV-10188 (JMF)
PRODUCTS LIABILITY LITIGATION                :
                                                        :               <u>ORDER</u>

*This Document Relates to Strode et al v. Zimmer Biomet*  :
*Holdings, Inc. et al, 18-CV-10188 (JMF)*               :
                                                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As ordered at the pretrial conference held on August 28, 2025, the parties were required to file a joint status letter updating the Court on the parties' settlement discussions and addressing whether there is anything the Court can do to facilitate settlement. As a courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **September 19, 2025**. Continued failure to abide by the Court's deadlines may result in sanctions.

       The Clerk of Court is directed to docket this order in 18-MD-2859 and 18-CV-10188.

       SO ORDERED.

Dated: September 15, 2025
       New York, New York                                            JESSE M. FURMAN
                                                                   United States District Judge